## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  21-23672-CIV-ALTONAGA/Torres

**MARTHA AYME**,

     Plaintiff,

v.

**I.C. SYSTEM, INC.**,

     Defendant.

_____/

## ORDER REQUIRING SCHEDULING REPORT
## AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **November 1, 2021**.  In addition, by **November 1, 2021**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 19th day of October, 2021.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1]  The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Torres as interested parties unless they have an interest in the litigation.