UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23672-CIV-ALTONAGA/Torres

**MARTHA AYME**,

    Plaintiff,
v.

**I.C. SYSTEM, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 20, 2021, the Court entered an Order [ECF No. 4] requiring the parties to prepare and file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by November 1, 2021. To date, Plaintiff, Martha Ayme, has not filed a certificate of interested parties or requested an extension of time to do so. Accordingly, it is

**ORDERED** that Plaintiff shall comply with the October 20, 2021 Order **[ECF No. 4]** by **November 5, 2021**, failing which the case will be dismissed without prejudice and without further notice. Furthermore, in her written submission, Plaintiff shall explain why she failed to comply with the October 20, 2021 Order, necessitating this second Order.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record