UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23672-CMA

MARTHA AYME,

    Plaintiff,

v.

IC SYSTEM INC,

    Defendant.
_____/

## NOTICE OF MEDIATION

Plaintiff Marvin Worrell ("Plaintiff") and Defendant IC System Inc. ("Defendant") advise this Court that the Parties have scheduled mediation with Barbara Locke, whereby said mediation is scheduled for **2:00 PM** (EST) on **March 8, 2022**, *via* remote video conference, *e.g.,* Zoom.

DATED: November 29, 2021

    Respectfully Submitted,

    /s/ Thomas J. Patti
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377
    E-mail:    tom@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:    954-907-1136

    *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377