UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23672-CIV-ALTONAGA/Torres

MARTHA AYME,

       Plaintiff,

v.

I.C. SYSTEM, INC.,

       Defendant.

_____/

## ORDER

THIS CAUSE came before the Court *sua sponte*.  On November 9, 2021, the Court entered an Order Setting Trial and Pre-Trial Schedule [ECF No. 16] requiring the parties to select a mediator; schedule a time, date, and place for mediation pursuant to Local Rule 16.2; and ***jointly file a proposed order scheduling mediation*** on or before November 29, 2021.  (*See id.* 1).  The parties filed a Mediation Notice [ECF No. 17] rather than a proposed order scheduling mediation.

Accordingly, on or before **December 3, 2021**, the parties shall submit a proposed order scheduling mediation.  In accordance with the procedures outlined in the CM/ECF Administrative Procedures,[1] the proposed order must be emailed to altonaga@flsd.uscourts.gov in Word format.

DONE AND ORDERED in Miami, Florida, this 2nd day of December, 2021.

CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.