UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23672-CIV-ALTONAGA/Torres

**MARTHA AYME**,

    Plaintiff,

v.

**I.C. SYSTEM, INC.**,

    Defendant.

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on Defendant, I.C. System, Inc.'s Unopposed Motion to Stay the Case Pending the *En Banc* Decision in *Hunstein*, filed on January 6, 2022 [ECF No. 22]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only; any pending motions are **DENIED** as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon Court order following motion of a party. The parties are to submit a joint status report on or before March 7, 2022, advising the Court of the status of the *en banc* hearing in *Hunstein v. Preferred Collection & Mgmt. Services, Inc.*, pending before the Eleventh Circuit. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2022.

 

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record